UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WALTER A. KOTT, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO.:   14-0953** |
| **BURL CAIN, WARDEN** | **SECTION:   "E"(5)** |

**ORDER**

On October 26, 2015, the undersigned Magistrate issued a Report and Recommendation in the above-captioned matter.  (Rec. doc. 22).   The Court now amends the "Recommendation" portion (*id.* at p. 29 ), nunc pro tunc, to correct a clerical error in referencing the name of the Petitioner.   The instant order is issued solely to correct the actual Recommendation language to reference Petitioner's name, as it appears in the caption and throughout the Report, as "Walter Kott" instead of "Lawrence Landor."   That is, the first sentence of the Recommendation should read as follows:

> Accordingly, IT IS RECOMMENDED that the petition for federal habeas corpus relief filed by Walter Kott be DISMISSED WITH PREJUDICE.

Accordingly, the Court hereby amends nunc pro tunc the Report and Recommendation, effective as of the date of entry, October 26, 2015.

New Orleans, Louisiana, this   20th   day of   May  , 2016.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY**:
Honorable Susie Morgan