UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WALTER A. KOTT, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-953** |
| **N. BURL CAIN, WARDEN** | **SECTION "E"(5)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[1] the objection to the Magistrate Judge's Report and Recommendation,[2] and the Magistrate Judge's response,[3] hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Walter Kott for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 26th day of September, 2017.

                                                        _____
                                                        **UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 22.
[2] R. Doc. 23.
[3] R. Doc. 29.